# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
Aug 05, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ESTRELLA, JOAN OBE | ) Case No. 5:25-mj-00068-CDB |
| ESTRELLA, JOAN (AKA) | ) |
| ESTRELLA, JOAN OBED (AKA) | ) |
| ESTRELLA-VALENZUELA, JOAN OBED (AKA) | ) |
| VALENZUELA, JOAN OBED (AKA) | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **March 18, 2021** in the county of **Kern** in the **Eastern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Previously removed alien found back in the United States |
| | MAX PENALTIES: |
| | 2 years of imprisonment; |
| | $250,000 fine; |
| | 1 year supervised release; and |
| | $100 special assessment |

This criminal complaint is based on these facts:

The defendant was found in Kern County, State and Eastern District of California, on or about March 18, 2021. His fingerprints connect him to an Immigration file that shows he is a Mexican national and alien, was subsequently removed from the United States on or about March 11, 2018, and has not received consent from the Attorney General or Secretary of the Department of Homeland Security to re-apply for admission into the country.

☐ Continued on the attached sheet.

*Complainant's signature*

David L. Hunter, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: August 5, 2025

*Judge's signature*

City and state: Bakersfield, CA    Hon. Christopher D. Baker, US Magistrate Judge
*Printed name and title*